# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BEHAVIOUR INTERACTIVE, INC., Canadian )
Corporation, )

)   1:26-cv-00432

      Plaintiff, )

)   ORDER FOR
v. )   ADMISSION PRO HAC
)   VICE

UNDEFEATED, INC., a California corporation, )

)

      Defendant. )

)

_____ )

The motion of JAYSON M. LORENZO, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows

    Applicant's Name:        Jayson M. Lorenzo

    Firm Name:             J. Lorenzo Law

    Address:                  2292 Faraday Ave., Suite 100

    City/State/Zip:           Carlsbad, CA 92009

    Telephone/Fax:          760-517-6646 (Phone)

                            760-520-7900 (Facsimile)

Applicant having requested admission *pro hac vice* to appear for all

purposes as counsel for Undefeated, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 24, 2026

*Loretta A. Presley*

_____

United States District / Magistrate Judge

2