**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

BEHAVIOUR INTERACTIVE, INC.

Plaintiff,

-against-

26 **CIVIL** 432

**JUDGMENT**

UNDEFEATED, INC.

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2026, Defendant's motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**